IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Uju Onuachi,

    Plaintiff(s)

vs.

Master Builders, Inc.,

    Defendant(s)

Case Number: 1:19cv358

Chief Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 22, 2019 a Report and Recommendation (Doc. 6). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 18) and defendants filed a response to the objections (Doc. 21).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that this case is DISMISSED for lack of jurisdiction and/or for failure to state any claim. It is further ORDERED that plaintiff is forewarned that the complaint in this case appears to be closely related to prior frivolous cases filed in the District of Nebraska as to violate Rule 11, Fed R. Civ. P. and that any future filing in this United States District Court concerning the same subjection mater will be DISMISSED. In the alternative, the Court TRANSFERS this case to the District of Nebraska for further proceedings, including

sanctions if appropriate.

    IT IS SO ORDERED.

                                             ___s/Susan J. Dlott_____
                                             Judge Susan J. Dlott
                                             United States District Court